UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | INDICTMENT NO. |
| v. | ) | |
| | ) | |
| RICHARD ROBERTS | ) | |
| | ) | |

CR618 003

U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office

2-7 20 18

Deputy Clerk

## ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the above-styled indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process.

So ORDERED this 7th day of February 2018.

_____
The Honorable G.R. Smith
United States Magistrate Judge
Southern District of Georgia